**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **Ann Downey,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | No. 12 C 3268 |
| ) | |
| **Zimmer, Inc., et al,** ) | Judge Rebecca R. Pallmeyer |
| ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

Plaintiff dismisses all claims against all Defendants in this matter without prejudice. Each party shall bear their own respective costs and attorneys fees.

ENTER:

Dated: February 11, 2015

_____
REBECCA R. PALLMEYER
United States District Judge